IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GARY L. KALMAR,

    Petitioner,

v.

WAYNE PHILLIPS, Warden,

    Respondent.

CIVIL ACTION NO. 3:07CV154
(JUDGE BAILEY)

## ORDER

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted document under seal herein, more specifically, Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: January 25, 2008

UNITED STATES MAGISTRATE JUDGE